JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

JENKI SEPANOSIAN,

Case No. 2:21-cv-8864-AB (ASx)

11

Plaintiff,

**ORDER DISMISSING CIVIL ACTION**

12

v.

13

COSTCO WHOLESALE CORPORATION, et al,

14

15

Defendants.

16
17

The Court has been advised that this action has been settled.

18

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without

19

costs and without prejudice to the right, upon good cause shown within **45 days,** to re-

20

open the action if settlement is not consummated. This Court retains full jurisdiction

21

over this action and this Order shall not prejudice any party to this action.

22
23

Dated:  February 22, 2023

24

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

25
26
27
28

1.